**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THERESA LANGDON,**

      **Plaintiff,**

    **vs.**                                **Civil Action 2:10-CV-602**
                                             **Judge Frost**
                                           **Magistrate Judge King**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION,**

      **Defendant.**

### ORDER

On July 27, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner for further proceedings. *Report and Recommendation*, Doc. No. 23. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner of Social Security for further proceedings.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                        Gregory L. Frost
                              United States District Judge